IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
<u>Civil Rights</u>   DIVISION

ZeEster Clyatt

**Plaintiff**

vs.

Civil Action No 5 : 13-CV- 324

Middle Georgia RESA

**Defendant**

## COMPLAINT

Now comes the above plaintiff and shows the Court the following:

1.

4082 Kurt Drive, Macon, Georgia 31204

2.

80 Cohen Walker Drive, Warner Robins, Georgia 31088

3.

This case is being filed as a civil rights law suit as it relates to race discrimination due to the fact that the plaintiff was denied the right to receive the same benefits of coursework completion with a score of 98 % as anyone else who completes the same course and passes it with the minimum requirement of 80%.

4.

The Plaintiff, ZeEster Clyatt, has completed the online course which is one of the requirements for teacher certification via the alternative route in the state of Georgia. However, the defendant, Middle Georgia RESA is noncompliant with the law in that they have, first of all, refused to issue the certificate of completion. What with, the agency has also refused to do any more than acknowledge the fact that the Plaintiff had signed up for the course. Secondly, letters of recommendation from professors or teachers in the field of education who have directly instructed the student is required in certain counties in the state of Georgia, such as the Muscogee County School District, as a prerequisite to hiring. The county was in the process of scheduling an interview to hire Ms Clyatt, the Plaintiff, when they were informed that Middle Georgia RESA would not fill out the recommendation form which is written in a one page, checkbox format. Therefore, without an evaluation from the agency, the administrator's hands were tied and the plaintiff missed out on the opportunity to begin her first year teaching in the Muscogee County School District, et al.

5.

In terms of real/actual damages, if the plaintiff had have received the position, she would have earned $44,000 in the first year. Considering the fact that MGRESA has no disclaimer, I am qualified to receive damages which are determined by the court/judge. Since the defendant has committed these illegal acts, it's obvious that, punitive damages are in order. The best way to determine such damages is to base the amount on the full earning potential which is associated with the position. More specifically, if the plaintiff had have received a 20-year contract, the total amount including the first year, would amount to $1.3 million before taxes. And If I might add, the amount is the equivalent of what it takes to retire and sustain the aforementioned income within the present economy. I will go a step further to say that as the plaintiff, my reputation as a viable applicant has been ruined in the system. I have submitted over 100 applications via the Teach Georgia online employment system and therefore have worn out my references. Easily, they have placed my application on the back burner without any references from a professor in any coursework as it relates to education and again, that is a requirement. Also, in the meantime the unemployment gap is widening and thereby rendering me even more unemployable anywhere else in the job market. So, I'm sticking with my original sum of at least $1.3 million in overall damages both real and punitive.

*ZeEster Clyatt* 9/4/2013
(Signature and Date)

4082 Kurt Dr, Macon, GA 31204
(Address)

(478) 737-9800
(Phone Number)